# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136662-3(21)

KIRK LEAPHART,
        Plaintiff-Appellant,

v

CITY OF DETROIT,
        Defendant,

and

DERALD PENN and MARCUS
WILLIAMS,
        Defendants-Appellees.

_____

SC: 136662
COA: 285146
Wayne CC: 06-617898-CZ

KIRK LEAPHART,
        Plaintiff-Appellant,

v

CITY OF DETROIT,
        Defendant,

and

GREGORY SAWMILLER,
        Defendant-Appellee.

_____/

SC: 136663
COA: 285147
Wayne CC:  07-707376-NO

On order of the Court, the motion for reconsideration of this Court's January 27, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

d0615